MARY C. McNAMARA, Appellant, v. NEW YORK STATE RAILWAYS, Defendant, Impleaded with METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crosby, J., who dissents and votes for reversal on the law and a denial of the motion. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOSEPHINE MINACAPELLI, Appellant, v. JOSEPH S. KUCHMAN and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LODOVICO MINACAPELLI, Appellant, v. JOSEPH S. KUCHMAN and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FLOYD H. COLMAN, Respondent, v. RICHARD N. WRIGHT, JR., Appellant, and EARL YEAGER, Respondent.— Judgment and order modified on the law by reducing the damages to $10,000, and as so modified affirmed, without costs of this appeal to either party. (See Pharis v. Gere, 31 Hun, 443; Decker v. Parsons, 11 id. 295; Hoffer v. Hooven, 192 App. Div. 138; Corning v. Corning, 6 N. Y. 97, and Graves v. Hunt, 8 N. Y. St. Repr. 308; 44 Hun, 624.) All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRANK J. SWITZER, Respondent, v. VERNON G. FULLER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MURRAY WRIGHT, Respondent, v. PISTELL, DEANS & COMPANY, INCORPORATED, Appellant.— A motion having been made for a stay of the order of preference appealed from, pending the determination of the appeal from such order, the trial of the cause under the order of preference is stayed, but this decision shall not be construed to stay the trial of said action should it be reached for trial as an unpreferred cause. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHASE BROTHERS COMPANY, Respondent, v. ROCHESTER NURSERIES, INCORPORATED, Appellant.— Motion for leave to appeal to Court of Appeals granted, and stay of injunction granted pending the appeal. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE D. NEWTON, as Committee of the Person and Estate of MICHAEL P. BUCKLEY, an Incompetent Person, Respondent, v. LIVINGSTON COUNTY TRUST COMPANY, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of WILLIAM J. BAKER, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Mr. Sanford T. Church, of Albion, to take the proofs thereon and report the same to this court. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.